UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARQUITA PITTMAN                              JURY TRIAL DEMANDED

v.                                            CASE NO.  3:12 cv

CROSSCHECK, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692;  or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times.

4. Plaintiff is a consumer within the FDCPA, in that the debt involved in defendant's collection efforts arose out of the purchase of a vehicle for personal, family, or household use.

5.  The defendant regularly collects consumer debts through the use of the telephone or mail.

6. Defendant has an office at 1440 North McDowell Blvd. Petaluma, CA 94954 which was not licensed as a consumer collection agency in compliance with chapter 669 Part XII of the Connecticut General Statutes when communicating in connection with efforts to collect plaintiff's personal disputed account allegedly owed to Executive Jeep Nissan.

7. Defendant made multiple daily phone calls to plaintiff's work and cell phone numbers and  sent plaintiff a letter dated September 3, 2012 to her Connecticut address.

8. Defendant deducted $20 from plaintiff's bank account without her knowledge,

authorization, or approval.

    9. Unlicensed collection activity violates the FDCPA. Goins v. JBC & Associates, P.C., 352 F.Supp.2d 262 (D. Conn. 2005).

    10. In the collection efforts, the defendant violated the FDCPA, § 1692e, -f(1), or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages against each defendant under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

    THE PLAINTIFF

*/s/ Joanne S. Faulkner*

    BY____/s/ Joanne S. Faulkner___
    JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    faulknerlawoffice@snet.net